■ Paul M. Predmore, as Trustee for Duane M. Krull Revocable Trust, Respondent, v Stanley Banazek et al., Appellants. [922 NYS2d 219]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered March 24, 2010. The order granted the motion of plaintiff for partial summary judgment and denied the cross motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.